AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

VICTOR TAGLE,

      Plaintiff,

V.

STATE OF NEVADA, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   2:15-cv-02083-RCJ-GWF

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint (ECF No. 1-1) is DISMISSED in its entirety, with prejudice, for failure to state a claim.
    **IT IS FURTHER ORDERED** that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

| | |
|---|---|
| April 21, 2016 | **LANCE S. WILSON** <br> Clerk |
| | /s/ K. Rusin <br> Deputy Clerk |